HENRY CRANDALL, *Respondent, v.* ANDREW GOURLEY and another, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN SANDERSON, *Respondent, v.* THE BOARD OF CANVASSERS OF GREENE COUNTY, *Appellants.* — Motion to dismiss appeal granted.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN SANDERSON, *Respondent, v.* HOMER N. PAYNE and others, *Appellants.* — Motion to dismiss appeal granted.

KITTIE V. MERCHANT, *Respondent, v.* CHARLES T. NEWTON, *Appellant.* — Order affirmed, with ten dollars costs.

PATRICK RONAN, *Respondent v.* THE HUDSON RIVER BRIDGE COMPANY AT ALBANY, *Appellant.* — Judgment and order affirmed, with costs.